LORD et al., Appellants, v. EQUITABLE LIFE ASSUR. SOCIETY OF THE UNITED STATES, Respondent, et al. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Franklin B. Lord, Jr., and others, as executors, etc., of Franklin B. Lord, deceased, against the Equitable Life Assurance Society of the United States, impleaded with others. Interlocutory judgment affirmed, with costs, on the authority of Lord v.

Equitable Life Assurance Society, 109 App. Div. 252, 96 N. Y. Supp. 10. See 108 N. Y. Supp. 67.